No. 83–56.  HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* COMMUNITY HEALTH SERVICES OF CRAWFORD

COUNTY, INC., ET AL. C. A. 3d Cir. Certiorari granted. ■